JS-6/ENTER

FILED
CLERK, U.S. DISTRICT COURT
JUN - 9 2009
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| RICKY GAMBLE, | Case No. CV 09-03751 SJO (AN) |
| Petitioner, | JUDGMENT |
| v. | |
| JOHN MARSHAL, Warden, | |
| Respondent. | |

IT IS HEREBY ADJUDGED that this action is dismissed without prejudice for the reasons set forth in the related Memorandum and Order Summarily Dismissing Successive Petition for Writ of Habeas Corpus for Failure to Obtain Prior Authorization from the Ninth Circuit.

DATED: _____June 8_, 2009

S. James Otero

S. JAMES OTERO
UNITED STATES DISTRICT JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
JUN - 9 2009
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY